JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JARON DANIELS, | ) | Case No. CV 16-7775-CAS (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Denying Motion for Assistance and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: November 21, 2016

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE